An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ARLYN DON MCBRIDE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61052

**FILED**

FEB 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of driving under the influence of intoxicating liquor resulting in substantial bodily harm. Sixth Judicial District Court, Pershing County; Michael Montero, Judge.

Appellant does not raise a claim of error on appeal. Rather, appellant argues that this court should expand the holding in Cripps v. State, 122 Nev. 764, 137 P.3d 1187 (2006), to allow a defendant to withdraw a guilty plea anytime the court does not follow the parties' sentencing recommendation. We decline to expand the holding in Cripps,

13-04707

and because appellant has not raised any claim of error, we

ORDER the judgment of conviction AFFIRMED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Michael Montero, District Judge
       Pershing County Public Defender
       Attorney General/Carson City
       Pershing County District Attorney
       Pershing County Clerk

---

[1]Despite counsel's verification that the fast track statement complies with the formatting requirements of NRAP 32(a)(4)-(6), the fast track statement does not comply because portions of the fast track statement are single spaced and not in an appropriate size or typeface, and the pages are not consecutively numbered. See NRAP 3C(h)(1). Further, the fast track statement contains no citation to the appendix. See NRAP 3C(e)(1)(C). We caution appellant's counsel, Steve Cochran, that future failure to comply with the Nevada Rules of Appellate Procedure when filing briefs with this court or misrepresenting compliance with the rules in counsel's verification or certificate of compliance will result in the imposition of sanctions. See NRAP 3C(n); NRAP 28.2(b).